ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

at 12 o'clock and 25 min. P.M.
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00200-02 (HG) |
| Plaintiff, ) | DEFENDANT ROY FRISBEE'S |
| ) | CONSENT TO FORFEITURE AND TO |
| vs. ) | RELEASE OF MUSTANG TO PETITION |
| ) | VALDEAN L. LANI; ORDER |
| ROY FRISBEE, (02) ) | |
| Defendant. ) | |
| ) | |
| VALDEAN L. LANI, ) | |
| Petitioner. ) | |

DEFENDANT ROY FRISBEE'S CONSENT TO FORFEITURE
AND TO RELEASE OF MUSTANG TO PETITIONER VALDEAN L. LANI

RECITALS

A.   Under the Amended Preliminary Order of Forfeiture entered herein on February 4, 2005, the Court ordered the forfeiture of defendant Roy Frisbee's right, title and interest in the following properties, and the Court found that said properties were subject to forfeiture to the United States pursuant to 21 U.S.C. § 853:

(1) $168,995.00 in U.S. currency seized from the residence of Roy Frisbee located at 1129A Neal Avenue, Wahiawa, Hawaii, on or about April 11, 2003;

(2) One white 2003 Toyota Tacoma pickup truck bearing Vehicle Identification Number 5TEWN72N83Z168311, and Hawaii license plate number JXY-320;

(3) One green 1990 Ford Mustang bearing Vehicle Identification Number 1FACP42E5LF137127, and Hawaii license plate number ENW-043 (hereinafter the "Mustang");

> (4) One white 1997 BMW Series 5 sedan bearing Vehicle Identification Number WBADD5326VBV50568, and Hawaii license plate number JVC-466 (hereinafter the "BMW");
>
> (5) One white, fiberglass and plastic-hulled, Boston Whaler 130 sport boat bearing hull identification number BWCE0371G203, and Hawaii registration number HA 6834 G;
>
> (6) One blue, black and white 2003 Yamaha V-Force dirt bike, Model YZ250R, bearing Vehicle Identification Number JYACG13C63A003984 and no license plate;
>
> (7) One black and silver 2001 Suzuki GSX 1300R Hayabusa motorcycle bearing Vehicle Identification Number JS1GW71AX12104931, and Hawaii license plate number 798-XGC; and
>
> (8) One blue and white Yamaha Model TTR90 bearing Vehicle Identification Number JYACB03YX3A020114

(hereinafter collectively referred to as the "Forfeited Properties").

B. Notice of the Preliminary Order of Forfeiture was duly published in a newspaper of general circulation and written notice was provided to known potential interested parties.

C. On March 23, 2005, Valdean L. Lani filed a petition challenging the forfeiture and asserting claims to the Mustang and the BMW.

D. On July 7, 2005, a Judgment in a Criminal Case was entered against defendant Roy Frisbee. Defendant Roy Frisbee has filed an appeal from this judgment. If and when a final order of forfeiture is entered against the Forfeited Properties, defendant Roy Frisbee will have the right to file an appeal from that

order.

E.  On  Dec. 8, 2005 , the Court approved and entered a Stipulated Settlement Agreement (the "Settlement Agreement") between the United States and Petitioner Valdean L. Lani, in which Petitioner Valdean L. Lani agreed to the forfeiture of the Forfeited Properties in exchange for the United States's agreement to release and return the Mustang to Petitioner Valdean L. Lani, subject only to the appellate rights of defendant Roy Frisbee.

F.  Pursuant to the terms of the Settlement Agreement, the United States cannot release and return the Mustang to Petitioner Valdean L. Lani until all of defendant Roy Frisbee's appeals affecting the forfeiture have been completed and the order forfeiting the Mustang becomes final, or unless defendant Roy Frisbee consents to the forfeiture and return of the Mustang to Petitioner Valdean L. Lani in writing.

CONSENT TO FORFEITURE AND RELEASE OF THE MUSTANG

Based upon the foregoing Recitals, defendant Roy Frisbee hereby expressly agrees to and declares the following:

1.  Defendant Roy Frisbee expressly withdraws any and all claims to the Mustang and consents to the forfeiture of all of his right, title and interest in the Mustang to the United States, subject to the terms of the Settlement Agreement;

    2.   Defendant Roy Frisbee expressly consents to the United States' release and return of the Mustang to Petitioner Valdean L. Lani pursuant to the terms of the Settlement Agreement; and

    3.   Except as expressly provided herein, nothing in this Consent to Forfeiture and to Release of Mustang to Petitioner Valdean L. Lani is intended to affect defendant Roy Frisbee's appellate rights, including his right to appeal any final order of forfeiture entered herein.

DATED: _December 22, 2005_, at Honolulu, Hawaii.

_____
ROY FRISBEE
Defendant

APPROVED AS TO FORM
AND CONTENT:

_Cynthia A. Kagiwada_
_____
[NAME]
Attorney for Defendant
ROY FRISBEE


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT

United States v. Roy Frisbee; Cr. No. 03-00200-02 HG; "Defendant Roy Frisbee's Consent to Forfeiture and to Release of Mustang to Petitioner Valdean L. Lani; Order"

4