EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00200-02 HG |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| vs. | ) | |
| | ) | |
| ROY FRISBEE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| VALDEAN L. LANI, | ) | |
| | ) | |
| Petitioner. | ) | |
| _____ | ) | |

FINAL ORDER OF FORFEITURE

WHEREAS, on February 4, 2005, this Court entered an Amended Preliminary Order of Forfeiture, ordering defendant Roy Frisbee to forfeit his interest in the following properties:

(a) $168,995.00 in U.S. currency seized from the residence of ROY FRISBEE located at 1129A Neal Avenue, Wahiawa, Hawaii, on or about April 11, 2003;

    (b)    One white 2003 Toyota Tacoma pickup truck bearing Vehicle Identification Number 5TEWN72N83Z168311, and Hawaii license plate number JXY-320;

    (c)    One green 1990 Ford Mustang bearing Vehicle Identification Number 1FACP42E5LF137127, and Hawaii license plate number ENW-043;

    (d)    One white 1997 BMW Series 5 sedan bearing Vehicle Identification Number WBADD5326VBV50568, and Hawaii license plate number JVC-466;

    (e)    One white, fiberglass and plastic-hulled, Boston Whaler 130 sport boat bearing hull identification number BWCE0371G203, and Hawaii registration number HA 6834 G;

    (f)    One blue, black and white 2003 Yamaha V-Force dirt bike, Model YZ250R, bearing Vehicle Identification Number JYACG13C63A003984 and no license plate;

    (g)    One black and silver 2001 Suzuki GSX 1300R Hayabusa motorcycle bearing Vehicle Identification Number JS1GW71AX12104931, and Hawaii license plate number 798-XGC; and

    (h)    One blue and white Yamaha Model TTR90 bearing Vehicle Identification Number JYACB03YX3A020114

(hereinafter collectively referred to as the "Subject Properties").

        Notice of the Preliminary Order of Forfeiture was published in the Honolulu Star-Bulletin on February 23, 2005, March 2, 2005, and March 9, 2005. On March 23, 2005, Petitioner Valdean L. Lani filed a timely petition alleging an interest in the following Subject Properties:

   (1) The green 1990 Ford Mustang bearing Vehicle Identification Number 1FACP42E5LF137127, and Hawaii license plate number ENW-043 (the "Mustang"); and

   (2) The white 1997 BMW Series 5 sedan bearing Vehicle Identification Number WBADD5326VBV50568, and Hawaii license plate number JVC-466 (the "BMW").

No other timely petitions or claims were received or filed.

  Based upon the evidence presented at the criminal trial in this matter, and the terms of the Stipulated Settlement Agreement entered herein on December 8, 2005, this Court makes the following determinations:

  (1) Petitioner Valdean L. Lani has agreed to forfeit her right, title and interest in the Mustang and the BMW; and

  (2) Petitioner Valdean L. Lani shall be permitted to substitute and forfeit $5,000.00 in United States currency in lieu of the forfeiture of the Mustang in accordance with 19 U.S.C. § 1613(c) and the terms of the Stipulated Settlement Agreement.

  NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

  1. The Amended Preliminary Order of Forfeiture entered herein on February 4, 2005, is amended to recognize the right, title and interest that Petitioner Valdean L. Lani has in

the Mustang and to incorporate the terms of the Stipulated Settlement Agreement entered herein on December 8, 2005.

      2.   Except as set out in Paragraph 1, above, and subject to the terms of the Stipulated Settlement Agreement, the Subject Properties and the $5,000.00 substituted for forfeiture in lieu of the Mustang, are hereby condemned and forfeited to the United States of America, and shall be disposed of according to law and the terms of the Stipulated Settlement Agreement.

      3.   Any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Assets Forfeiture Fund in accordance with law.

//
//
//
//
//
//

4.   The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

DATED: February 13, 2006, at Honolulu, Hawaii.



_____
Helen Gillmor
Chief United States District Judge

APPROVED AS TO FORM AND CONTENT:


/s/Samuel P. King, Jr.
SAMUEL P. KING, JR., ESQ.
Attorney for Petitioner
VALDEAN L. LANI



<u>United States v. Roy Frisbee</u>; Crim. No. 03-00200 HG-02; "Final Order of Forfeiture"