**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: Cr. No. 03-00200-02 HG |
| DEFENDANT: Roy Frisbee | TYPE OF PROCESS: Release of Mustang/ Final Order of Forfeiture |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: U.S. Marshal's Service

**AT** ADDRESS: ~~Northern District of California~~ Honolulu HI

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LOUIS A. BRACCO, AUSA
300 Ala Moana Blvd., Rm. 6-100
Honolulu, HI 96850

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please process release of Mustang and Final Order of Forfeiture. Thank you.

03-FBI-004092

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
for Cindy Shufflett
LOUIS A. BRACCO, AUSA
TELEPHONE NUMBER: (808) 541-2850
DATE: 2/17/06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 22
District to Serve No. 22
Signature of Authorized USMS Deputy or Clerk
Date: 2/17/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 3/10/06    Time: 1:00 pm
Signature of U.S. Marshal or Deputy

**REMARKS:** The 1990 Mustang was release to Valdean Lani after payment of $5,000.00. The $5,000.00 payment was substituted in lieu of the vehicle and was forfeited to the United States.

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)