UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 2 3 2006

CATHY A. CATTERSON
CLERK U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff - Appellee,<br><br>v.<br><br>ROY W. FRISBEE,<br><br>          Defendant - Appellant. | No. 05-10483<br><br>D.C. No. CR-03-00200-2-HG<br>District of Hawaii,<br>Honolulu<br><br><br>ORDER |

Before: B. FLETCHER, PREGERSON, and CANBY, Circuit Judges.

The petition for panel rehearing is denied.