CR03-200-02

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 • 0338

CLERK

OFFICIAL BUSINESS

☐ UNAUTHORIZED MAIL
☒ INMATE DISCHARGED
☐ IMPROPERLY ADDRESSED

PRESORTED
FIRST CLASS

"TE-UNABLE TO FORWARD



PRESORTED
HONOLULU HI
PB METER
7045437
U.S. POSTAGE
0608