# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | C.A. No. 05-10483 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Roy W. Frisbee | Judgment & Memorandum |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Honolulu, Hawaii

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Rachel S. Moriyama, AUSA
U.S. Attorney's Office
300 Ala Moana Boulevard, Rm 6-100
Honolulu, HI 96850-6100

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 29 2007
at __ o'clock and 40 min __
SUE BEITIA, CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please Process. FOF now that appeal is completed.

CATS 03-FBI 004110  -004113  -004107  -004229
     03 FBI 004109            -004130

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Rachel S. Moriyama | | (808) 541-2850 | March 12, 2007 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 22 | 22 | | 03/13/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 6/27/07 | 9:00 | am/pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: The Boston Whaler was sold at public auction on 06/15/07, for $7,500.00 The TTR90 Dirt Bike, 2003 Dirt Bike, and the 2001 Suzuki motorcycle were sold at public auction on 10/27/06, for $1,000, $2,100, and $6,900, respectively. The 1997 BMW and the 2003 Tacoma were transferred to FBI for disposal.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|