Roy W. Frisbee

Reg. No. 89213-022

U.S.P. Atwater

P.O. Box 019001

Atwater, CA 95301

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 22 2007

DISTRICT OF HAWAII

Clerk of the Court

United States District Court

District of Hawaii

U.S. Courthouse-300 Ala Moana Blvd.

Honolulu, HI 96850

    IN RE: UNITED STATES v. ROY W. FRISBEE;

        D.C. No. CR-03-00200-2-HG; C.A. 05-10483

Dear Clerk:

    Please find enclosed the original and two copies of a Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255, that I would like to be filed at your earliest convenience. A correct copy was mailed to the Office of the United States Attorney in care of AUSA Louis A. Bracco.

    Thank you very much for your anticipated cooperation regarding this request.

DATED: This 11th day of October, 2007.

                              Respectfully submitted,

                              *Roy Frisbee*

                              ROY W. FRISBEE