EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Lou.Bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROY W. FRISBEE, | ) | CV. NO. 07-00533 HG/BMK |
| | ) | CR. NO. 03-00200-02 HG |
| Petitioner, | ) | |
| | ) | ORDER FINDING THAT PETITIONER |
| vs. | ) | ROY W. FRISBEE HAS WAIVED |
| | ) | HIS ATTORNEY-CLIENT PRIVILEGE |
| UNITED STATES OF AMERICA, | ) | AS TO COMMUNICATIONS/ISSUES |
| | ) | RAISED BY ROY W. FRISBEE |
| Respondent. | ) | IN HIS SECTION 2255 PETITION |
| | ) | |

ORDER FINDING THAT PETITIONER ROY W. FRISBEE HAS WAIVED
HIS ATTORNEY-CLIENT PRIVILEGE AS TO COMMUNICATIONS/ISSUES
<u>RAISED BY ROY W. FRISBEE IN HIS SECTION 2255 PETITION</u>

A.   <u>BACKGROUND</u>

On October 22, 2007, Petitioner Roy W. Frisbee filed a petition pursuant to 28 U.S.C. § 2255 challenging his convictions and sentence after trial in 2004.

EXHIBIT "B"

Among the claims raised by Frisbee in his § 2255 petition are claims that he did not receive effective assistance of counsel at trial because his then attorney (Reginald Minn, Esq.) failed to conduct adequate investigation as to accomplice trial witness Doug Farias, and, failed to raise a reduced mental capacity defense. The Court finds that in making (and pursuing) these allegations of ineffective assistance of counsel against Mr. Minn in his present § 2255 petition, Petitioner Frisbee has waived the attorney-client privilege which might otherwise apply to the communications between a defendant and his attorney, as to the issues raised in the § 2255 petition, as well as to communications between petitioner and Mr. Minn reasonably related to such claims. See, Tasby v. United States, 504 F.2d 332, 336 (8th Cir. 1974), cert. denied, 419 U.S. 1125 (1975).

Accordingly, in order to investigate the ineffective assistance of counsel claim(s) made by Petitioner Frisbee in his present § 2255 petition (and to the reply to such claims), the United States Attorney is entitled to inquire into certain communications between Petitioner Frisbee and Mr. Minn, which communications would otherwise be protected by the attorney-client privilege. Consequently, Mr. Minn is authorized to provide information to the United States Attorney about such attorney-client communications between Petitioner Frisbee and Mr. Minn, to the extent such communications involve, or are

reasonably related to, the ineffective assistance of counsel claim(s) made in Frisbee's Section 2255 petition filed in this Court on October 22, 2007.

    IT IS SO ORDERED.

    DATED: _____, at Honolulu, Hawaii.

_____
HELEN GILLMOR
Chief, U.S. District Court Judge