EDWARD H. KUBO, JR.       #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI      #2286
Chief, Narcotics Section

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROY W. FRISBEE, | ) | CIV. NO. 07-00533 HG/BMK |
| | ) | CR. NO.  03-00200-02 HG |
| Petitioner, | ) | |
| | ) | GOVERNMENT'S REQUEST FOR |
| vs. | ) | 30-DAY EXTENSION OF TIME TO |
| | ) | FILE ITS (SUPPLEMENTAL) REPLY |
| UNITED STATES OF AMERICA, | ) | TO FRISBEE'S 28 U.S.C. § 2255 |
| | ) | PETITION; EXHIBIT "A"; |
| Respondent. | ) | CERTIFICATE OF SERVICE |
| _____ | ) | |

GOVERNMENT'S REQUEST FOR 30-DAY EXTENSION OF TIME TO FILE ITS
(SUPPLEMENTAL) REPLY TO FRISBEE'S 28 U.S.C. § 2255 PETITION

A.  INTRODUCTION

The above-referenced § 2255 Petition was filed on October 22, 2007 by convicted Defendant Roy W. Frisbee ("Frisbee").  In short, Frisbee contends in his § 2255 petition

that his conviction (and sentence) after trial in 2004 should be vacated by reason of (1) ineffective assistance provided by his trial counsel, (2) improper withholding of witness impeachment information by the prosecutor, and, (3) an erroneous sealing order by the district court.

On November 5, 2007, the Government filed a preliminary reply to Frisbee's petition, requesting an order finding a limited attorney-client privilege waiver as to Frisbee's former attorney Reginald Minn, Esq., so that Mr. Minn could provide information to United States Attorney about attorney-client communications relevant to the ineffective assistance of counsel claims made by Frisbee in his § 2255 petition.

On November 26, 2007, the Court issued the requested order, finding a limited attorney-client privilege waiver as to the communication/issues raised by Frisbee in his petition. The Court thereafter directed the Government to file its response to Frisbee's petition by January 15, 2008.

By letter dated November 28, 2007 (a copy of which letter is annexed hereto as Exhibit "A"), Mr. Minn was provided with a copy of the Court's order as well as a copy of Frisbee's § 2255 petition alleging Mr. Minn's ineffective assistance. This letter requested Mr. Minn to review Frisbee's claims, and contact Government counsel thereafter, so that a mutually convenient time

for interview concerning Petitioner Frisbee's ineffective assistance claims could be arranged.

### B. BASIS FOR EXTENSION OF TIME

Beginning in or about and following the week of December 10, 2007, undersigned Government counsel has contacted Mr. Minn by telephone on not less than three separate occasions, concerning the necessity of promptly conducting an interview concerning Frisbee's claims.

Mr. Minn has advised Government counsel that he was then engaged in ongoing state litigation in the case of <u>State v. Rodney Joseph, Jr., et al.</u>, Cr. No. 04-1-0077, a multi-defendant murder case as to which jury selection was about to commence. More recently, Mr. Minn has advised counsel that he continues to be actively involved with matters relating to his client Rodney Joseph, Jr., albeit now in the companion federal prosecution of <u>United States v. Rodney Joseph, Jr., et al.</u>, Cr. No. 06-00080 SOM, which case involves the ongoing litigation of various pretrial matters before Hawaii Federal District Judge Susan Oki Mollway.

At present, the <u>Joseph</u> case is set for trial on February 12, 2008. However, Mr. Minn further advises that, as a result of a pretrial ruling adverse to Defendant Joseph as to an attorney-client privilege issue, Mr. Minn intends to file an interlocutory appeal. Mr. Minn advises that he will now have

sufficient time to submit to an interview sometime during the week of January 14, 2008.

Accordingly, in order that an interview of Mr. Minn for the purposes of investigating Petitioner Frisbee's ineffective assistance of counsel claims can be conducted, it is necessary for Government counsel to request an extension of the present January 15, 2008 due date for the filing of the Government's reply to Frisbee's petition.  Government counsel is unable to respond to the ineffective assistance of counsel claims alleged in Frisbee's petition without interviewing Mr. Minn.  An extension of at least 30 days is necessary, because subsequent to Mr. Minn being interviewed, Government counsel needs a reasonable additional period of time to conduct appropriate legal research, depending upon what information Mr. Minn provides.

The 30-day extension sought herein is made in good faith and not for the purposes of delay.  Petitioner Frisbee will not be prejudiced by the requested 30-day extension, since his conviction has previously been affirmed on direct appeal, and, he remains incarcerated serving a 250-month prison sentence.

C.   CONCLUSION

WHEREFORE, it is respectfully requested that the Court grant the extension sought herein for a period of 30 days, such that the Government's reply to Frisbee's petition will be due on February 18, 2008.

DATED: January 10, 2008, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Louis A. Bracco
   LOUIS A. BRACCO
   Assistant U.S. Attorney

   Attorneys for Plaintiff
   UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

        I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by U.S. Mail:

ROY W. FRISBEE                                          January 10, 2008
Register No. 89213-022
P.O. BOX 019001
Atwater, CA 95301
PRO SE


Reginald P. Minn, Esq.                                  January 10, 2008
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii 96813

    Former Attorney for Defendant ROY W. FRISBEE

        DATED: January 10, 2008, at Honolulu, Hawaii.


                                /s/ Shelli Ann H. Mizukami