

# U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*　　　(808) 541-2850
*300 Ala Moana Blvd., Room 6-100*　　FAX (808) 541-2958
*Honolulu, Hawaii 96850*

November 28, 2007

Reginald P. Minn, Esq.
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii 96813

      Re:  <u>Roy W. Frisbee v. USA</u>
             Civil No. 07-00533 HG/BMK
             Cr. No. 03-00200-02 HG

Dear Mr. Minn:

      Enclosed herewith please find copies of (1) a Petition filed October 22, 2007 by Roy Frisbee challenging his conviction after trial pursuant to 28 U.S.C. § 2255, and, (2) an Order by Judge Gillmor (filed November 26, 2007) finding that Petitioner Frisbee has waived his attorney-client privilege as to communications/issues raised by him in his § 2255 petition. Upon review of these documents, you will see that certain of Frisbee's § 2255 claims arise from allegations of ineffective assistance of counsel -- allegedly rendered by you --in connection with representation provided in Frisbee's criminal case.

      In short, Frisbee contends that you provided ineffective assistance of counsel because: (1) you failed to conduct pre-trial investigation as to an accomplice trial witness, and, (2) you failed to raise a defense asserting Frisbee's reduced mental capacity. Frisbee contends that these omissions prejudiced him, and accordingly he seeks to have his convictions and sentence vacated.

      In order for me to properly investigate and respond to these particular § 2255 claims by Frisbee, it is necessary that I interview you regarding the basis for such claims. The enclosed Order by Judge Gillmor includes a finding that, in making and pursuing the allegations of ineffective assistance of counsel against you in his § 2255 petition, Frisbee has waived the attorney-client privilege which might otherwise apply as to those issues/communications. Consequently, you are now authorized to provide information to the United States Attorney about


EXHIBIT "A"

Reginald P. Minn, Esq.
November 28, 2007
Page 2

attorney-client communications between yourself and Petitioner Frisbee, to the extent such communications involve, or are reasonably related to, the basis for the ineffective assistance of counsel claim(s) made by Frisbee against you.

    Accordingly, please contact me by telephone at (808) 440-9227 at your earliest convenience, so that we may arrange a mutually convenient time for an interview concerning Petitioner Frisbee's ineffective assistance of counsel claims.

    Very truly yours,

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii

    By_____
    LOUIS A. BRACCO
    Assistant U. S. Attorney

LAB:sam
Enclosure