# MINUTES

| | |
|---|---|
| CASE NUMBER: | Civil No. 07-00533 HG BMK<br>Criminal No. 03-00200 HG 02 |
| CASE NAME: | Roy W. Frisbee v. United States of America<br>United States v. Roy W. Frisbee |
| ATTYS FOR PETITIONER: | Pro Se |
| ATTYS FOR RESPONDENT: | Louis Bracco, AUSA |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | January 15, 2008 | TIME: | |

## **MINUTE ORDER**

The Government's Request for 30-day Extension of Time to File Its (Supplemental) Reply to Frisbee's 28 U.S.C. §2255 Petition (Doc. 513) is **GRANTED**. The Government has until on or before **February 18, 2008** to file a response addressing the matters asserted in the petition as grounds for relief.

Submitted by:  Mary Rose Feria, Courtroom Manager

cc:   Roy W. Frisbee
      Louis Bracco, AUSA
      Chief Judge Gillmor's chambers